**Opinion issued March 14, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00723-CV

————————————

**MADEMOISELLE'S PLACE AND LOIS YOUNG, Appellants**

**V.**

**EDITH LOURDES REALES, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1107574**

---

## MEMORANDUM OPINION

Appellants, Mademoiselle's Place and Lois Young, have neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.941(a), 101.041; Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before

the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). After being notified that this appeal was subject to dismissal, appellants did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(c). Accordingly, we dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.